Appeal by the plaintiff from part of an order granting the defendant's motion to serve a supplemental answer.

PER CURIAM: The order appealed from is modified by imposing as a condition of granting the motion the payment of taxable costs to date to the plaintiff, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ. McLaughlin, J., dissented on the ground that the plaintiff had the right to settle the cause of action, and the defendant had a right to serve without costs a supplemental answer showing that fact. Order modified as stated in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.

---

AGNES CONNOLLY, as Administratrix, etc., Respondent, v. CLAUSEN-FLANAGAN BREWERY, Appellant.

Appeal by the defendant from a judgment entered upon the verdict of a jury, and also from an order denying a motion for a new trial.

PER CURIAM: On the authority of *Schaffer* v. *Baker Transfer Co.* (29 App. Div. 459) and *Connaughton* v. *Sun Printing & Pub. Assn.* (73 id. 316), the judgment and order appealed from are reversed and a new trial ordered, with costs to appellant to abide event, unless plaintiff stipulated to reduce the verdict to the sum of $3,000, in which event the judgment as so reduced and the order appealed from are affirmed, without costs. Present— Clarke, P. J., McLaughlin, Scott, Dowling and Smith, JJ. Judgment and order reversed, new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,000, in which event the judgment as so modified and order affirmed, without costs. Order to be settled on notice.